IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                  No. CR S-09-0540 GEB DAD P

  vs.

LUIS FABIAN CHAVEZ,

    Movant.                      <u>ORDER</u>

_____/

        Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Pending before the court is movant's motion for leave to file a supplemental memorandum of points and authorities in support of his § 2255 motion.

        In the interest of justice, the court will grant movant thirty days leave to file a supplemental memorandum of points and authorities in support of his motion. The court previously directed respondent to file a response to the motion. Under these circumstances, the court will direct respondent to file any response to the motion within sixty days of the date of service of movant's supplemental memorandum of points and authorities. In the event that respondent needs additional time, respondent may file a motion for an extension of time with the court.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's motion for leave to file a supplemental memorandum of points and authorities in support of his motion to vacate, set aside, or correct his sentence (Doc. No. 46) is granted;

2. Within thirty days of the date of service of this order movant shall file any supplemental memorandum of points and authorities in support of his § 2255 motion; and

3. Respondent shall file a response to movant's motion to vacate, set aside, or correct his sentence within sixty days of service of movant's supplemental memorandum of points and authorities.

DATED: May 3, 2012.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
chav0540.supp