IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,　　　　　　　　No. CR S-09-0540 GEB DAD P

  vs.

LUIS FABIAN CHAVEZ,

    Movant.　　　　　　　　　　<u>ORDER</u>

_____/

      Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On May 3, 2012, the court granted movant thirty days leave to file a supplemental memorandum of points and authorities in support of his motion. The court also directed respondent to file any response to the motion within sixty days of the date of service of movant's supplemental memorandum of points and authorities. Movant filed his supplemental memorandum of points and authorities more than sixty days ago. However, respondent has not yet filed a response to movant's motion for relief.

      Good cause appearing, IT IS HEREBY ORDERED that within ten days from the date of this order respondent shall file and serve a response to movant's motion to vacate, set

/////

/////

1

aside, or correct his sentence pursuant to 28 U.S.C. § 2255 and shall show cause in writing why sanctions should not be imposed for the failure to file that response in a timely fashion.

DATED: August 21, 2012.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
chav0540.osc